THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0247-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MATTHEW R. SCHLEY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On June 10, 2020, the Court vacated the trial date and set a status conference for August 11, 2020. (Dkt. No. 44.) In that order, the Court ordered that the time between the date of the order and the status conference was excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv). (*Id.* at 2.)

Under General Order 11-20, in-person criminal hearings in the Seattle Courthouse of the Western District of Washington will not resume until at least September 8, 2020. *See* W.D. Wash., General Order 11-20, at 1–2 (July 30, 2020). Accordingly, the status conference was rescheduled from August 11, 2020, to September 29, 2020. (*See* Dkt. No. 49.) For the reasons set forth in the Court's order (Dkt. No. 44), the time until the date of the rescheduled status

MINUTE ORDER
CR19-0247-JCC
PAGE - 1

conference is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv).

DATED this 20th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
