THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW R. SCHLEY,<br><br>Defendant. | CASE NO. CR19-0247-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion for entry of a final order of forfeiture (Dkt. No. 87). The Government seeks final forfeiture of the following property:

1. One 9mm caliber Smith & Wesson model 639 pistol bearing serial number A837895, and any associated ammunition, seized from Defendant Matthew Schley on October 24, 2019 ("Subject Firearm").

The Court, having reviewed the motion and the relevant record, hereby FINDS entry of a final order of forfeiture is appropriate because:

- On January 4, 2021, the Court entered a Preliminary Order of Forfeiture finding the Subject Firearm forfeitable pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and forfeiting Defendant's interest in it, (Dkt. No. 66);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt.

ORDER
CR19-0247-JCC
PAGE - 1

No. 69) and made reasonable effort to provide direct notice to one potential claimant as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A) (Dkt. No. 87-1); and,

- The time for filing third-party claims has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1) No right, title, or interest in the Subject Firearm exists in any party other than the United States;

2) The Subject Firearm is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3) The United States Department of Justice and/or its representatives are authorized to dispose of the Subject Firearm as permitted by law.

DATED this 22nd day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0247-JCC
PAGE - 2