THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0247-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MATTHEW R. SCHLEY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion (Dkt. No. 95) regarding the briefing schedule for Defendant Matthew R. Schley's motion for a reduction in sentence (Dkt. No. 93). To allow the Government adequate time to respond to the motion, the parties have agreed to continue the noting date and extend the briefing schedule. (Dkt. No. 95.) Having thoroughly considered the parties' motion and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that the Government's response to the motion must be filed on or before September 8, 2021; any reply must be filed on or before September 13, 2021; and the Clerk is DIRECTED to re-note the motion for September 17, 2021.

//

//

MINUTE ORDER
CR19-0247-JCC
PAGE - 1


DATED this 25th day of August 2021.

          Ravi Subramanian
          Clerk of Court

          s/Sandra Rawski
          Deputy Clerk